**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH, EX REL. RONALD B.
SCHOCH JR.,

     Petitioner

   v.

GEORGE A. MILLER, SUPERINTENDENT
S.C.I. WAYMART,

     Respondent

: No. 16 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**


**PER CURIAM**

  **AND NOW**, this 14th day of April, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.